UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-80456-CIV-COHN/WHITE
(05-80142-CR-COHN)

ROBERT JEAN NERIUS,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before a Report and Recommendation [DE 12], submitted by United States Magistrate Judge Patrick A. White on July 18, 2007, regarding Movant Robert Jean Nerius's pro se Motion to Vacate pursuant to 28 U.S.C. § 2255.  The Court notes that Mr. Nerius has filed no objections to this Report and Recommendation, and the time for filing such objections has now passed.

Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of the record herein, including the Motion and the Report and Recommendation, and is otherwise fully advised in the premises.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [DE 12] of Magistrate Judge White is **ADOPTED**.

2. Movant Robert Jean Nerius's Motion to Vacate Pursuant to 28 U.S.C. § 2255[DE 1] is **DENIED**.

3. All pending motions are **DENIED as moot**.  The Clerk of Court is directed

to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 2nd day of October, 2007.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record

Robert Jean Nerius
Reg. No. 75285-004
USP - Atlanta
P.O. Box 150160
Atlanta, GA  30315